Certificate Number: 05781-RI-DE-041685783

Bankruptcy Case Number: 26-10775

05781-RI-DE-041685783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2026, at 10:55 o'clock PM PST, Lorena Deleon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date: November 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President